THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET McLEOD, a single woman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-00220-RSL<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

The parties having stipulated that Plaintiff's claims against Defendant Life Insurance Company of North America in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: Jan. 10, 2019

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL - 2
Case No. 2:18-cv-00220-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0178/7528682.1